Sullivan, R.

US S...
DOCUME...
ELECTRONIC...
DOC #: _____
DATE FILED: 9-11-13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HEATHERAN KRISTOPHER,

        Plaintiff,

    v.

LILY EAST 81ST STREET, LLC, ROBERT MORGENSTERN, and CODY MOORE,

        Defendants.

13 Civ. 0566 (RJS)

**STIPULATION AND ~~PROPOSED~~ ORDER**

---

    IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the Parties that the above-captioned action is hereby discontinued with prejudice, and without costs against any party. This stipulation may be filed by any party without further notice.

Dated: New York, New York
       August 13, 2013

PHILLIPS & ASSOCIATES,
ATTORNEYS AT LAW, PLLC

By: _____
    Alex Umansky

45 Broadway, Suite 620
New York, NY 10006
(212) 248-7431

*Attorneys for Plaintiff*
HEATHERAN KRISTOPHER

PAUL HASTINGS LLP

By: _____
    Zachary D. Fasman
    Rachel Santoro

75 East 55th Street
New York, New York 10022
(212) 318-6000

*Attorneys for Defendant*
LILY EAST 81ST LLC

ROSENBERG & ESTIS, P.C.

By: _____
    Michael A. Pensabene
    Alexander Lycoyannis

733 Third Avenue
New York, New York 10017
(212) 867-6000

*Attorneys for Defendants*
ROBERT MORGENSTERN
and CODY MOORE

SO ORDERED:
New York, New York
Sept. 11, 2013

_____
Hon. Richard J. Sullivan
UNITED STATES DISTRICT JUDGE

-2-